AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | |
|---|---|
| Broadcast Music, Inc.; Warner-Tamerlane Publishing Corp.; Jeff Steens Music; Rancho Belita Music; House of Cash, Inc.; Sony/ATV Songs LLC d/b/a Sony ATV Tree Publishing; Bocephus Music, Inc. <br> *Plaintiff(s)* <br> v. <br> Steele's Restaurant, Inc. d/b/a Steele's Dive; and Jason L. Steele, Individually <br> *Defendant(s)* | Civil Action No. 1:16CV155-SA-SAA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jason L. Steele
4187 W. Main Street
Tupelo, MS 38801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Les W. Smith, Esq.
Page, Mannino, Peresich & McDermott, P.L.L.C.
759 Vieux Marche Mall
P. O. Drawer 289
Biloxi, MS 39533

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: 8/29/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | | |
|---|---|---|
| Broadcast Music, Inc.; Warner-Tamerlane Publishing Corp.; Jeff Steens Music; Rancho Belita Music; House of Cash, Inc.; Sony/ATV Songs LLC d/b/a Sony ATV Tree Publishing; Bocephus Music, Inc. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:16CV155-SA-SAA |
| Steele's Restaurant, Inc. d/b/a Steele's Dive; and Jason L. Steele, Individually | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steele's Restaurant, Inc. d/b/a Steele's Dive
4187 W. Main Street
Tupelo, MS 38801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Les W. Smith, Esq.
Page, Mannino, Peresich & McDermott, P.L.L.C.
759 Vieux Marche Mall
P. O. Drawer 289
Biloxi, MS 39533

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: 8/29/16

*Signature of Clerk or Deputy Clerk*