

## UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
### NORTHERN DISTRICT OF MISSISSIPPI

DAVID CREWS
CLERK

301 WEST COMMERCE STREET
#13
ABERDEEN, MS 39730
TELEPHONE: (662) 369-4952
FACSIMILE: (662) 369-9569

October 11, 2016


BROADCAST MUSIC, INC.

V.                                    CASE NO. 1:16cv155-SA-RP

STEELE'S RESTAURANT, et al.


**PLEASE TAKE NOTICE** that the following party(ies) are in default and <u>Entry of Default should be requested</u> pursuant to Rule 55 of the Federal Rules of civil Procedure:


STEELE'S RESTAURANT, INC.,
*Doing business as* Steele's Dive

JASON L. STEELE, *individually*


**Failure to request Entry of Default may result in a party of case being dismissed without prejudice for failure to prosecute.**


DAVID CREWS, CLERK

By: /s/ Raye Long
     Raye Long, Deputy Clerk