**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**BROADCAST MUSIC, INC., et al.**                                                                   **PLAINTIFFS**

 **v.**                                                                                                  **NO. 1:16CV155-SA-RP**

**STEELE RESTAURANT, INC., et al.**                                                         **DEFENDANTS**

## DEFAULT

Request having been made for entry of default against defendants Steele's Restaurant, Inc. and Jason L. Steele and it appearing that said defendants have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, the Clerk of the Court hereby enters default against defendants Steele's Restaurant, Inc. and Jason L. Steele.

This the 23rd day of November, 2016.

DAVID CREWS, CLERK

By  s/ Celestine Rice
        Pro Se Clerk