UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BROADCAST MUSIC, INC.; )
WARNER-TAMERLANE PUBLISHING )
CORP.; JEFF STEVENS MUSIC; RANCHO )
BELITA MUSIC; HOUSE OF CASH, INC.; )
SONY/ATV SONGS LLC d/b/a SONY/ATV )
TREE PUBLISHING; BOCEPHUS MUSIC, )
INC., )
 )
        Plaintiffs, )   CIVIL ACTION NO.: 1:16CV155-SA-SAA
 )
v. )
 )
STEELE'S RESTAURANT, INC. d/b/a )
STEELE'S DIVE; and JASON L. STEELE, )
individually, )
 )
        Defendants. )

**ORDER OF JUDGMENT**

This matter came before the Court on Plaintiffs' Motion for Default Judgment. Having considered the pleadings, affidavits and memorandum, it is ORDERED AND ADJUDGED:

I

Plaintiffs' Motion for Default Judgment against Defendants Steele's Restaurant, Inc. and Jason L. Steele is granted, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of four (4) musical compositions owned and/or licensed by Plaintiffs.

II

Plaintiffs shall recover from Defendants Steele's Restaurant, Inc. and Jason L. Steele,

jointly and severally, statutory damages in the amount of four thousand dollars ($4,000) for each of the four (4) musical compositions, for a total of $16,000, pursuant to 17 U.S.C. Section 504(c)(1).

### III

Plaintiffs shall recover from Defendants Steele's Restaurant, Inc. and Jason L. Steele, jointly and severally, full costs in this action, including reasonable attorney's fees in the amount of $8,000.00, pursuant to 17 U.S.C. Section 505.

### IV

Plaintiffs shall recover from Defendants Steele's Restaurant, Inc. and Jason L. Steele, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

### V

Defendants Steele's Restaurant, Inc. and Jason L. Steele and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

### VI

This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

OJ 4/95

DATED: _____

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

OJ 4/95