IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BROADCAST MUSIC, INC., et al.                                                                 PLAINTIFFS

V.                                                                         CIVIL ACTION NO. 1:16cv155-SA-RP

STEELE'S RESTAURANT, INC., and
JASON L. STEELE                                                                              DEFENDANTS

## ORDER

For the reasons fully articulated in the Court's Memorandum Opinion issued this day, Defendant's Motion for Default Judgment is GRANTED IN PART. The Court sets damages at sixteen thousand dollars ($16,000.00), with interest. Additionally, Defendants shall be permanently enjoined from infringing the copyrighted musical compositions licensed by Broadcast Music. However, the Court holds in abeyance ruling on attorney's fees pending submission of evidentiary support showing attorney's fees are reasonable. Plaintiffs' separate motion for attorney's fees is due within fourteen (14) days of this order. This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

It is SO ORDERED this the 11th day of May, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE