# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; WARNER-TAMERLANE PUBLISHING CORP.; JEFF STEVENS MUSIC; RANCHO BELITA MUSIC; HOUSE OF CASH, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; BOCEPHUS MUSIC, INC., | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO.: 1:16CV155-SA-RP ) |
| v. | ) ) |
| STEELE'S RESTAURANT, INC. d/b/a STEELE'S DIVE; and JASON L. STEELE, individually, | ) ) ) ) |
| Defendants. | ) |

## MOTION FOR AWARD OF ATTORNEY'S FEES

COME NOW PLAINTIFFS, BROADCAST MUSIC, INC., WARNER-TAMERLANE PUBLISHING CORP; JEFF STEVENS MUSIC, RANCHO BELITA MUSIC, HOUSE OF CASH, INC., SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING, and BOCEPUS MUSIC, INC., [*hereinaftter*, collectively, *BMI*], and pursuant to 17 U.S.C. § 505 of the Copyright Act, submits this, its Motion for Attorney's Fees.

I.

Section 505 of the Copyright Act provides that a district court may award attorney's fees to the prevailing party. 17 U.S.C. § 505.

II.

The work expended in prosecution of this Action is detailed in Exhibit "A to this Motion

which is being filed under seal pursuant to the Court's Order of May 24, 2017 (Doc #16).

III.

The fees sought for the work expended are reasonable and the goal of deterrence supports an award of fees in this case.

IV.

In support of this Motion, Plaintiff relies on the following:

True and correct copy of itemized statement of account for services rendered on behalf of Plaintiffs in this matter which is being filed under seal pursuant to this Court's Order of May 24, 2017 (Doc. #16) as Exhibit "A";

Affidavit of Les W. Smith, Exhibit "B" to Motion for Default Judgment (Doc #10-2) which is already included within the Record;

Declaration of John Ellwood, Exhibit "C" to Motion for Default Judgment, (Doc #10-3) which is already included within the Record; and

Declaration of Brian Mullaney, Exhibit "D" to Motion for Default Judgment, (Doc #10-4), which is already included within the Record.

WHEREFORE, PREMISES PLAINTIFFS request that the Court award them attorney's fees in the amount of $8,000.00 or any other amount that the Court deems appropriate in this instance.

Respectfully submitted, this the 24th day of May, 2017.

          BROADCAST MUSIC, INC., et al.

      By: PAGE, MANNINO, PERESICH
         & MCDERMOTT, P.L.L.C.


      By: /s/ Les W. Smith
         LES W. SMITH, MSB #9659

PAGE, MANNINO, PERESICH
& MCDERMOTT, P.L.L.C.
759 Vieux Marche Mall
P. O. Drawer 289
Biloxi, MS   39533
Telephone No. (228) 374-2100
Facsimile No. (228) 432-5539
Email:  les.smith@pmp.org

ACCOUNT STATEMENT FOR SERVICES RENDERED

IN

BMI, ET AL. V. STEELE'S RESTAURANT, INC., ET AL.

FILED UNDER SEAL PURSUANT TO THIS COURT'S ORDER

OF MAY 24, 2017 [Docket #16]

EXHIBIT "A"